# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00150-CV

The State of Texas, Appellant

v.

Stearman Construction, LLC, a Texas Limited Liability Company, and Steven Stearman, a/k/a Steven Ray Stearman, Individually, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GV-09-001640, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to dismiss, explaining that it no longer wishes to prosecute the appeal.[1]  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:  September 8, 2011

_____

[1]  Stearman Construction, LLC, and Steven Stearman were originally appellants and cross-appellees, but when they failed to file a brief, we dismissed their appeal, allowing the State's cross-appeal to proceed.